**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ERIC DARNELL COOK, ) | NO. CV 16-03340-R (AS) |
| ) | |
|         Petitioner, ) | |
| ) | **JUDGMENT** |
|     v. ) | |
| ) | |
| WILLIAM MUNIZ, Warden, ) | |
| ) | |
|         Respondent. ) | |
| ) | |
| _____) | |

     Pursuant to the "Order of Dismissal,"

     IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

     DATED: May 23, 2016

 

_____
          MANUEL L. REAL
UNITED STATES DISTRICT JUDGE